UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:11-cr-410-T-23TBM

MICHAEL REGARD ALBURY, JR.
_____/

## **ORDER**

The defendant's motion "for relief from prejudicial joinder of offenses" (Docs. 12, 48) was referred to the magistrate judge for preparation of a report and recommendation.* On December 6, 2011, Magistrate Judge McCoun conducted a hearing on the motion and on February 8, 2012, issued a report (Doc. 51) recommending denial of the motion. Albury objects (Doc. 54) to the report and recommendation.

Upon consideration of the parties filings, the transcript of the hearing, the magistrate judge's report and recommendation, and an independent examination of the file, Albury's objection (Doc. 54) is **OVERRULED**, the report and

---

* The United States' objects (Doc. 26) to the relief requested.

recommendation is adopted (Doc. 51), and the motion "for relief from prejudicial joinder of offenses" (Docs. 12, 48) is **DENIED**.

ORDERED in Tampa, Florida, on March 1, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE